IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN C. DISTEFANO and
goDESK, LLC.,

    Plaintiffs,                                                    ORDER

    v.                                                                        23-cv-657-wmc

NORDIC CONSULTING PARTNERS, INC.,

    Defendant.

---

A telephone status conference was held in the above matter on November 20, 2025, Judge William M. Conley presiding. Plaintiffs appeared by Stephen Rosenfeld and Jacob Radecki; defendant appeared by Bryan Westhoff, Adam Daniels, Russell Jones, Jr. and Jennifer Gregor.

During the hearing, the defendant withdrew all of its counterclaims save for the Indemnification Claim under Article VI of the MSA (counterclaim 3) (dkt. #47-2). As to that claim, the court established a briefing schedule for a motion for summary judgment as follows: defendant's motion and supporting documentation shall be due on or before December 22, 2025; with plaintiff's opposition due 30 days thereafter; and any reply due 14 days after the opposition is filed. Finally, all other motions are DENIED AS MOOT and all deadlines, including the trial date and pretrial submissions, are STRUCK. Should the court decide that an indemnification obligation by goDESK exists, a schedule for further submissions as to reasonable attorneys fees and costs will be set.

Entered this 20th day of November, 2025.

                                              BY THE COURT:

                                              /s/

                                              WILLIAM M. CONLEY
                                              District Judge